**Law Offices of Theodore M. Costa, Esq.**

1441 Rt. 38 West

Hainesport, NJ 08036

(609) 265-1600

Attorney for Debtor(s)

_____

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELIZABETH GALAS, | | |
| | : | Case Number: 10-35336-MBK |
| Debtor | | |

**ORDER TO REMOVE/REDUCE CLAIM FROM PLAN**

**AND FROM CREDITOR DISBURSEMENT LIST,**

**AND DENYING TRUSTEE'S MOTION TO DISMISS**

The relief set forth on the following page is hereby **ORDERED**,

Upon consideration of the application of Theodore M. Costa, Esq., attorney for **ELIZABETH GALAS**, and good cause shown, it is hereby **ORDERED** that:

A. The creditor JP Morgan, which holds a first mortgage on debtor's house, is hereby removed from the Plan, and from the Trustee's creditor disbursement list, since said creditor and the debtor have entered into a modification agreement obviating the need to be paid through the Plan; and

B. The creditor, JP Morgan, shall give the debtor due credit for any monies paid by the Trustee for said mortgage.

_____

**CERTIFICATION OF MAILING**

I hereby certify that _____, I mailed a copy of the foregoing to each to the following:

James J. Waldron, Clerk

BY:

_____