**Law Offices of Theodore M. Costa, Esq.**

1441 Rt. 38 West

Hainesport, NJ 08036

(609) 265-1600

Attorney for Debtor(s)

Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELIZABETH GALAS, | | |
| | : | Case Number: 10-35336-MBK |
| Debtor | | |

### ORDER TO CRAMDOWN AND VOID SECONDARY MORTGAGE LIEN OF PNC BANK

The relief set forth on the following page is hereby **ORDERED**,

**DATED: September 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the application of Theodore M. Costa, Esq., attorney for

**ELIZABETH GALAS**, and good cause shown, it is hereby **ORDERED** that:

A. The mortgage described below is hereby suffered a complete cramdown, and is otherwise declared null and void:

Mortgage dated May 2, 2006 from Elizabeth E. Galas in favor of PNC Bank, recorded in the Office of the Burlington County Clerk at Mortgage Book 10932, Page 540 on May 24, 2006, being Document No. 4312381 for the principal amount of thirty seven thousand dollars ($37,000.00), covering the Real Estate located at 5 East Darby Circle, Eastampton, New Jersey, being Block 1001.04, Lot 003 on the Official Tax Map of Eastampton Township, Burlington County, New Jersey.