**Law Offices of Theodore M. Costa,**

1441 Rt. 38 West

Hainesport, NJ 08036

(609) 265-1600

Attorney for Debtor(s)

_____

Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELIZABETH GALAS, | | |
| | : | Case Number: 10-35336-MBK |
| Debtor | | |

# ORDER TO REMOVE/REDUCE CLAIM FROM PLAN
## AND FROM CREDITOR DISBURSEMENT LIST,
### AND DENYING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page is hereby **ORDERED**,

**DATED: September 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the application of Theodore M. Costa, Esq., attorney for

**ELIZABETH GALAS**, and good cause shown, it is hereby **ORDERED** that:

A. ~~The Trustee's motion to dismiss is denied.~~

B. The creditor JP Morgan, which holds a first mortgage on debtor's house, is hereby removed from the Plan, and from the Trustee's creditor disbursement list, since said creditor and the debtor have entered into a modification agreement obviating the need to be paid through the Plan; and

C. The creditor, JP Morgan, shall give the debtor due credit for any monies paid by the Trustee for said mortgage.

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth Galas  
       Debtor

Case No. 10-35336-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 29, 2016  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.  
db          Elizabeth Galas,    5 Darby Circle,    Eastampton, NJ   08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage  
          Pass-Through Certificates, Series 2005-PR4 bankruptcynotice@zuckergoldberg.com,  
          bkgroup@kmllawgroup.com  
         Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage  
          Pass-Through Certificates, Series 2005-PR4 jackerman@zuckergoldberg.com  
         Theodore M. Costa    on behalf of Debtor Elizabeth   Galas tedcosta.lawyer@gmail.com,  
          libertas1212@yahoo.com  
                                                                                                          TOTAL: 6