**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888

Standing Chapter 13 Trustee

In Re:

ELIZABETH GALAS

Debtor(s)

Order Filed on October 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 10-35336 MBK

Hearing Date: September 27, 2016

Judge: Michael B. Kaplan

Chapter 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: October 27, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $9,372.00 paid to date

- Any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors.

**ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.