| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo |
| CN 4853 |
| Trenton, New Jersey 08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

Order Filed on October 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH GALAS

Debtor(s)

Case No.: 10-35336 MBK

Hearing Date: September 27, 2016

Judge: Michael B. Kaplan

Chapter 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

DATED: October 27, 2016

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $9,372.00  paid to date

- Any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors.

**ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth Galas  
    Debtor

Case No. 10-35336-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 27, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2016.  
db         Elizabeth Galas,    5 Darby Circle,    Eastampton, NJ   08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage  
          Pass-Through Certificates, Series 2005-PR4 bankruptcynotice@zuckergoldberg.com,  
          bkgroup@kmllawgroup.com  
         Joel A. Ackerman     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage  
          Pass-Through Certificates, Series 2005-PR4 jackerman@zuckergoldberg.com  
         Theodore M. Costa     on behalf of Debtor Elizabeth   Galas tedcosta.lawyer@gmail.com,  
          libertas1212@yahoo.com  
                                                                                                  TOTAL: 6