UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by motion of <u>Dilks & Knopik, LLC</u> requesting Payment of unclaimed funds in the amount of <u>$1,081.50</u> and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of    <u>$1,081.50</u>    is payable to:

Name:    <u>Dilks & Knopik, LLC</u>

Current Address:

<u>35308 SE Center Street</u>

<u>Snoqualmie, WA  98065-9216</u>

Rev. 4/25/12

2