UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Elizabeth Galas

**Order Filed on July 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 10-35336

Adv. No.:

Hearing Date: July 18, 2017

Judge: Chief Judge Kathryn C. Ferguson

## ORDER AUTHORIZING DEPOSIT OF UNCLAIMED DISTRUBUTIONS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by motion of <u>Dilks & Knopik, LLC</u> requesting Payment of unclaimed funds in the amount of <u>$1,081.50</u> and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of     <u>$1,081.50</u>                    is payable to:

Name:         <u>Dilks & Knopik, LLC</u>

Current Address:

<u>35308 SE Center Street</u>

<u>Snoqualmie, WA  98065-9216</u>

Rev. 4/25/12

2

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth Galas  
       Debtor

Case No. 10-35336-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 20, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db         Elizabeth Galas,    5 Darby Circle,    Eastampton, NJ    08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo    docs@russotrustee.com
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage
            Pass-Through Certificates, Series 2005-PR4 bankruptcynotice@zuckergoldberg.com,
            bkgroup@kmllawgroup.com
           Jason Brett Schwartz    on behalf of Creditor    Dilks & Knopik, LLC jschwartz@mesterschwartz.com
           Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee of WaMu Mortgage
            Pass-Through Certificates, Series 2005-PR4 jackerman@zuckergoldberg.com
           Theodore M. Costa    on behalf of Debtor Elizabeth   Galas tedcosta.lawyer@gmail.com,
            libertas1212@yahoo.com
                                                                                                                                                                                                  TOTAL: 7